IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AMERICAN FEDERATION OF TEACHERS -
WEST VIRGINIA, AFL-CIO, et al.,
          Petitioners,

v.          CIVIL ACTION NO.  2:08-cv-01406

KANAWHA COUNTY BOARD OF EDUCATION, et al.,

          Respondents.

**ORDER**

Having considered the parties' "Joint Stipulation and Motion Regarding Petition for Attorney Fees," and in light of the facts and circumstances cited therein, the Court APPROVES the stipulation and GRANTS the Motion. Accordingly, it is hereby ORDERED that the Court's previously scheduled deadline be extended and the applicable ORDER be amended as follows:

|  | Original date/deadline | New date/deadline |
|---|---|---|
| Motion for fees: | October 16, 2009 | November 3, 2009 |

ENTER:    October 16, 2009

Joseph R. Goodwin, Chief Judge